Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 19 PM 3:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

SEE ATTACHMENT

vs

HSBC AUTO FINANCE, INC., a Delaware corporation; HSBC BANK USA, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive,

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2146 IEG (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David D. Deason
DEASON & ARCHBOLD
3300 Irvine Ave., Suite 245, Newport Beach, CA 92660 - (949) 794-9560

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 1 9 2007
DATE

C. PETTMANN
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

DEVOHN L. FLOWERS; ANALIA HERNANDEZ; and LISA APPLEGATE, individually, and on behalf of all others similarly situated, and on behalf of the general public,

        Plaintiffs,