Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JAN 22 PM 3:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

SEE ATTACHMENT

vs

HSBC AUTO FINANCE, INC., a Delaware corporation; HSBC FINANCE CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV 2146 IEG (NLS)

SUMMONS ON AMENDED COMPLAINT

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David D. Deason - Deason & Archbold
3300 Irvine Ave., Suit 245
Newport Beach, CA 92660 - (949) 794-9560

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HAMMERLY

JAN 22 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

DEVOHN L. FLOWERS; ANALIA HERNANDEZ; and LISA APPLEGATE, individually, and on behalf of the general public and all others similarly situated,

    Plaintiffs,