MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
FEBRUARY 20, 2008

| Devohn Flowers, et al. | vs | HSBC Auto Finance, Inc., et al. | No. | 07cv2146-IEG |
|---|---|---|---|---|
| Hon. Nita L. Stormes | Deputy Clerk | George Perrault | | |

It is hereby ordered that Nita L. Stormes hereby **RECUSES** from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:     LEO S. PAPAS

New Case #:     '07 CV 2146 IEG LSP

**Case file is attached for forwarding to newly assigned judge.**

CR