**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

FLOWERS   v. HSB AUTO FINANCE                              No. 07CV2146-IEG(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK       Rptr. _____

                              Attorneys

      Plaintiffs                                           Defendants

The Early Neutral Evaluation Conference on April 8, 2008, at 2 p.m. will be held telephonically with counsel. Party representatives are excused from participation. The Court will initiate the conference call. Counsel shall provide the Court with contact information for conference call participants.

  X    Copies to: Counsel of Record              ____ Notified by Telephone

DATED: March 20, 2008

                                                  Hon. Leo S. Papas
                                                  U.S. Magistrate Judge