| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Deason & Archbold SBN 207733<br>3300 Irvine Ave Ste 245<br>Newport Beach   CA   92660 | (949) 794-9560 | |
| ATTORNEY FOR (Name    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
FLOWERS V. HSBC

| 1303648 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2146IEG(NLS) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>FLOWERS V. HSBC |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION ON AMENDED COMPLAINT & FIRST AMENDED COMPLAINT

ON: HSBC Auto Finance, Inc., a Delaware corporation,
CT Corporation System, Agent for Service

AT: 818 W 7th St
Los Angeles   CA   90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARGARET WILSON, AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

ON   1/30/2008   AT   3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:   Enrique   Mendez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $49.90
e. I am:
(1)   not a registered California process server:
(3) X   registered California process server:
(i) Independant Contractor
(i) Registration No: 434/3428
(i) County:   oc/la

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X
SIGNATURE

2/14/2008

PROOF OF SERVICE