| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Deason & Archbold, SBN 207733<br>3300 Irvine Ave Ste 245<br>Newport Beach    CA    92660<br>ATTORNEY FOR (Name)   Plaintiff | (949) 794-9560 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
FLOWERS V. HSBC

| 1265354 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2146IEG(NLS) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>FLOWERS V. HSBC |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL COVER SHEET

3. A. PARTY SERVED:   HSBC Auto Finance, Inc., a Delaware corporation,
                       by serving CT Corporation System, Agent for Service

   B. PERSON SERVED:  MARGARET WILSON, PERSON AUTHORIZED TO RECEIVE
                       CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:   818 W 7th St
                  Los Angeles    CA    90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
      AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.   ON   11/30/2007 AT   3:00:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   HSBC Auto Finance, Inc., a Delaware corporation,
   by serving CT Corporation System, Agent for Service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION CCP 416.10

7a. Person Serving:   Enrique    Mendez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $49.90
e. I am:
   (1)        not a registered California process server:
   (3)   X    registered California process server:
              (i) Independant Contractor
              (i) Registration No:  434/3428
              (i) County:   oc/la

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/11/2007

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)