| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Deason & Archbold, SBN 207733<br>3300 Irvine Ave Ste 245<br>Newport Beach    CA    92660 | (949) 794-9560 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
FLOWERS V. HSBC

| 1303618 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2146IEG(NLS) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>FLOWERS V. HSBC |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION ON AMENDED COMPLAINT & FIRST AMENDED COMPLAINT

ON: HSBC Finance Corporation, a Delaware corporation,
by serving CT Corporation System, Agent for Service

AT: 208 S La Salle St Ste 814
Chicago        IL        60604

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

DAWN SCHULZ, AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 60YRS

ON    2/5/2008   AT   3:05:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Deborah George-Beedlo    Out Of State Process
b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626
c. (714) 662-5555

d. The fee for service was    $124.90
e. I am:
(1) [X] not a registered California process server:
(3) [ ] registered California process server:
  (i) Independant Contractor
  (i) Registration No: Not A California
  (i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____ Deborah George-Beedlo

3/31/2008        Out Of State Process        SIGNATURE

**PROOF OF SERVICE**