1 | Kathryn A. Bernert, State Bar No. 127418
Liseanne R. Kelly, State Bar No. 211782
2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway
3 | 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
4 | Telephone No.: 858.720.6300
Fax No.: 858.720.6306

6 | Attorneys for Defendants HSBC AUTO FINANCE INC.

7 | and HSBC FINANCE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVOHN L. FLOWERS;<br>ANALIA HERNANDEZ; and<br>LISA APPLEGATE,<br><br>   Plaintiffs,<br><br>v.<br><br>HSBC AUTO FINANCE INC.;<br>HSBC FINANCE CORPORATION; and<br>DOES 1 through 10, Inclusive,<br><br>   Defendants. | CASE NO. 07 CV 2146 IEG (NLS)<br><br>JUDGE: HON. IRMA E. GONZALEZ<br>CTRM: 1<br><br>**PROOF OF SERVICE** |

I declare as follows:

I am an attorney with the firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On May 2, 2008, I caused to be served the following document(s):

**DEFENDANT HSBC FINANCE CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the interested parties in this action by:

/ / /

1

**Electronic Mail Notice List**

The following are those who are currently on this list to receive e-mail notices for this case.

**David Douglas Deason**
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA  92660
Phone:  (949) 794-9560
Fax:     (949) 794-9517
Email**:  david@yourlaborlawyers.com**

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice recipients).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on May 2, 2008.

                                               By: s/ Liseanne R. Kelly
                                               Attorneys for Defendants HSBC AUTO FINANCE INC. and HSBC FINANCE CORPORATION

101091594.1