1  Kathryn A. Bernert, State Bar No. 127418
   Karen M. Clemes, State Bar No. 199865
2  Liseanne R. Kelly, State Bar No. 211782
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  11988 El Camino Real, Suite 200
   San Diego, California 92130-2594
4  Telephone No.: 858.720.6300
   Fax No.: 858.720.6306
5

6  Attorneys for Defendants HSBC AUTO FINANCE INC.
   and HSBC FINANCE CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 DEVOHN L. FLOWERS;                    CASE NO. 07 CV 2146 IEG (LSP)
   ANALIA HERNANDEZ; and
12 LISA APPLEGATE,                       **NOTICE OF PARTY WITH FINANCIAL INTEREST**

13        Plaintiffs,

14 v.

15 HSBC AUTO FINANCE INC;
   HSBC FINANCE CORPORATION; and
16 DOES 1 through 10, Inclusive,

17        Defendants.

18

19        NOTICE IS HEREBY GIVEN pursuant to Local Civil Rule 40.2 that defendant HSBC

20 Auto Finance Inc. is a wholly owned subsidiary of defendant HSBC Finance Corporation, which

21 is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation.  HSBC

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                    1             Case No.  07 CV 2146 IEG (LSP)
                                                  NOTICE OF PARTY WITH FINANCIAL
                                                  INTEREST

1 shares are traded in the United States as American Depository Shares on the New York Stock
2 Exchange.

3 DATED: May 2, 2008            Respectfully submitted,

4                                         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

6                                         By: s/Liseanne R. Kelly
7                                             Liseanne R. Kelly
                                            Attorneys for Defendant HSBC AUTO FINANCE INC.
8                                             and HSBC FINANCE CORPORATION

9                                         email: Lkelly@luce.com

10 101090879.1