1  Kathryn A. Bernert, State Bar No. 127418
   Liseanne R. Kelly, State Bar No. 211782
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Del Mar Gateway
3  11988 El Camino Real, Suite 200
   San Diego, California 92130-2594
4  Telephone No.: 858.720.6300
   Fax No.: 858.720.6306
5

6  Attorneys for Defendants HSBC AUTO FINANCE INC. and HSBC FINANCE CORPORATION

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11 | DEVOHN L. FLOWERS;              | CASE NO. 07 CV 2146 IEG (LSP)
   | ANALIA HERNANDEZ; and
12 | LISA APPLEGATE,                  | **PROOF OF SERVICE**
   |
13 |        Plaintiffs,               |
   |
14 | v.                               | Judge:      Hon. Leo S. Papas
   |                                  | Trial Date: None Set
15 | HSBC AUTO FINANCE INC.;          |
   | HSBC FINANCE CORPORATION; and
16 | DOES 1 through 10, Inclusive,    |
   |
17 |        Defendants.               |

18

19         I declare as follows:

20         I am an attorney with the firm of Luce, Forward, Hamilton & Scripps LLP, whose address

21 is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.  I am a member of the bar

22 of this court, over the age of eighteen years and not a party to this action.

23         On May 8, 2008, I caused to be served the following document(s):

24         **JOINT MOTION FOR PROTECTIVE ORDER AND CONFIDENTIALITY
           AGREEMENT**
25

26 on the interested parties in this action by:

27 / / /

28 / / /

                                              1
                                                        Case No. 07 CV 2146 IEG (LSP)
                                                                   PROOF OF SERVICE

**Electronic Mail Notice List**

The following are those who are currently on this list to receive e-mail notices for this case.

**David Douglas Deason**
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA  92660
Phone:  (949) 794-9560
Fax:      (949) 794-9517
Email**:  david@yourlaborlawyers.com**

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice recipients).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on May 8, 2008.

By: s/ Karen M. Clemes
Attorneys for Defendants HSBC AUTO FINANCE INC. and HSBC FINANCE CORPORATION

101092975.1