UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVOHN L. FLOWERS;<br>ANALIA HERNANDEZ; and<br>LISA APPLEGATE,<br><br>    Plaintiffs,<br><br>v.<br><br>HSBC AUTO FINANCE INC;<br>HSBC FINANCE CORPORATION; and<br>DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. 07 CV 2146 IEG (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER** |

Good cause having been shown by defendants HSBC Auto Finance Inc. and HSBC Finance Corporation ("Defendants"), and plaintiffs Devohn Flowers, Analia Hernandez, and Lisa Applegate (collectively, "Plaintiffs"), **IT IS HEREBY ORDERED** that the Joint Motion for Protective Order and Confidentiality Agreement entered into through Defendants' and Plaintiffs' respective counsel of record **IS GRANTED.**

Subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

If the Court grants a party permission to file an item under seal, a duplicate disclosing all nonconfidential information shall be filed and made part of the public record. The item may be

1  redacted to eliminate confidential material from the document.  The document shall be titled to
2  show that it corresponds to an item filed under seal, e.g., "Redacted Copy of Sealed Declaration of
3  John Smith in Support of Motion for Summary Judgment."  The sealed and redacted documents
4  shall be filed simultaneously.

**IT IS SO ORDERED.**

DATED: _May 12, 2008          By: _____
Honorable Leo S. Papas
Magistrate Judge of the
United States District Court