David D. Deason (SBN 207733)
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517
e-mail: David@yourlaborlawyers.com

Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVOHN L. FLOWERS; ANALIA HERNANDEZ; and LISA APPLEGATE, individually, and on behalf of the general public and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC AUTO FINANCE, INC., a Delaware corporation; HSBC FINANCE CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:07CV 2146 IEG (LSP)<br><br>[CLASS ACTION]<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF DEVOHN FLOWERS** |

    This Joint Motion is agreed and entered into by and between Defendants HSBC Auto Finance, Inc. and HSBC Finance Corporation ("Defendants"), as represented Karen M. Clemes of Luce, Forward, Hamilton & Scripps, LLP, and Plaintiff Devohn Flowers ("Plaintiff"), as represent by David D. Deason of Deason & Archbold, and is respectfully submitted to the Court for its consideration and

////

1

approval. This Joint Motion shall only affect the claims of Plaintiff Devohn Flowers. The stipulation is based upon the following facts:

WHEREAS, Plaintiff Devohn Flowers wishes to dismiss her claims as a Plaintiff in this lawsuit.

NOW, THEREFORE, the parties hereto move for an Order as follows:

1. That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the claims of Plaintiff Devohn Flowers shall be dismissed from this lawsuit, without prejudice.

DATED: August 11, 2008        DEASON & ARCHBOLD

By: s/ David D. Deason
    David D. Deason
    Attorneys for Plaintiff

DATED: August 11, 2008        LUCE, FORWARD, HAMILTON, & SCRIPPS

By: s/ Karen M. Clemes
    Karen M. Clemes
    Attorneys for Defendants