UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVOHN L. FLOWERS; ANALIA HERNANDEZ; and LISA APPLEGATE, individually, and on behalf of the general public and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>HSBC AUTO FINANCE, INC., a Delaware corporation; HSBC FINANCE CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:07CV 2146 IEG (LSP)<br><br>[CLASS ACTION]<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL OF PLAINTIFF DEVOHN FLOWERS** |

**ORDER**

Pursuant to the parties' Joint Motion for Dismissal of Plaintiff Devohn Flowers, the Court Orders the following:

////

////

1

Order Re Joint Motion for Dismissal of Devohn Flowers
Case No.:07CV 2146 IEG (LSP)

1  That, pursuant to Federal Rule of Civil Procedure, 41(a)(1), the claims of
2  Plaintiff Devohn Flowers shall be dismissed from this lawsuit, without prejudice.

6  DATED:_8/12/08
7  _____
   HONORABLE IRMA E. GONZALEZ
   UNITED STATES DISTRICT JUDGE