David D. Deason (SBN 207733)
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517
e-mail: David@yourlaborlawyers.com

Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVOHN L. FLOWERS; ANALIA HERNANDEZ; and LISA APPLEGATE, individually, and on behalf of the general public and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC AUTO FINANCE, INC., a Delaware corporation; HSBC FINANCE CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:07CV 2146 IEG (LSP)<br><br>[CLASS ACTION]<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR CONDITIONAL CLASS CERTIFICATION UNDER 29 U.S.C. § 216(b)** |

This Joint Motion is agreed and entered into by and between Defendants HSBC Auto Finance, Inc. and HSBC Finance Corporation ("Defendants"), as represented Karen M. Clemes of Luce, Forward, Hamilton & Scripps, LLP, and Plaintiffs, as represent by David D. Deason of Deason & Archbold, and is respectfully submitted to the Court for its consideration and approval. This Joint Motion is based upon the following facts:

1

1  WHEREAS, the current deadline for Plaintiffs to file their Motion for
2  Conditional Class Certification under 29 U.S.C. § 216(b) is October 6, 2008;
3  WHEREAS, Defendant HSBC Auto Finance, Inc. ("HAF") produced in the
4  first week of September of 2008, as part of a Supplemental Initial Disclosure,
5  approximately forty (40) declarations that were prepared and executed in June of
6  2008 in response to this lawsuit by putative class members and their supervisors;
7  WHEREAS, it is anticipated that such declarations will be used in
8  opposition to Plaintiffs' Motion, and thus, Plaintiff contends it is necessary to take
9  several more depositions than originally contemplated by Plaintiffs' counsel;
10  WHEREAS, Plaintiffs requested timesheets, payroll records and other
11  relevant documents in May of 2008;
12  WHEREAS, after an extension of time to respond, Defendant objected to the
13  production of such documents and the identification of class members on the
14  grounds of privacy and on the grounds that the requests were overly burdensome;
15  WHEREAS, the parties diligently engaged in several good faith meet and
16  confer discussions regarding the production of such documents and information
17  over the course of several weeks and ultimately compromised and agreed upon a
18  sampling of Plaintiffs requests on or about August 22, 2008;
19  WHEREAS, the parties have worked extremely well together to resolve any
20  and all discovery disputes in a timely fashion;
21  WHEREAS, Defendant contends that the documents to be produced are
22  extremely voluminous and time consuming and though Defendant has diligently
23  worked on the production of such documents since the parties' agreement to a
24  sampling on August 22, 2008, Plaintiffs have still not received the documents
25  agreed upon;
26  WHEREAS, Plaintiffs firmly contend that the production of such documents
27  is necessary prior to Plaintiffs taking any depositions in this matter;
28

WHEREAS, Defendants, in good faith, also produced in a supplemental production in the last week of August, a document referencing an "internal audit" performed in the latter part of 2005 which Plaintiffs' contend is directly relevant to recordkeeping and hours worked of the putative class members;

WHEREAS, the supplemental production of the "Internal Audit" will probably require the scheduling of another 30(b)(6) deposition which could not have been anticipated by Plaintiffs' counsel prior to the supplemental production ;

WHEREAS, the scheduling of these additional depositions resulting from the various supplemental productions is further complicated by the expected birth of Plaintiffs' counsel's daughter in the last week of September.

WHEREAS, the parties do not believe it is necessary to extend any other dates related to this litigation and neither party will be prejudiced by the extension;

NOW, THEREFORE, the parties hereto move for an Order as follows:

1.  That the deadline for Plaintiffs to file their Motion for Conditional Class Certification pursuant to 29 U.S.C. § 216(b) shall be extended from October 6, 2008 to November 17, 2008.

DATED: August 11, 2008   DEASON & ARCHBOLD


By: s/ David D. Deason
    David D. Deason
    Attorneys for Plaintiff

DATED: August 11, 2008   LUCE, FORWARD, HAMILTON, & SCRIPPS


By: s/ Karen M. Clemes
    Karen M. Clemes
    Attorneys for Defendants

3

Joint Motion for Extension Re 216(b) Motion for Class Cert.
                              Case No.:07CV 2146 IEG (LSP)

4

Joint Motion for Extension Re 216(b) Motion for Class Cert.
Case No.:07CV 2146 IEG (LSP)